# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IT IS ORDERED** that the following cases will be called on **TUESDAY, APRIL 22, 2025 at 9:00 A.M.** before **JUDGE LANCE M. AFRICK** in <u>Courtroom C427</u>, 500 Poydras Street, New Orleans, Louisiana. The defendants listed will be DISMISSED upon failure of the plaintiff to report the status thereof or in the absence of good cause shown why the defendants should remain on the docket.

| | |
|---|---|
| 24-2632 | Timothy Demond Pate v. Jesse Whales.<br>No service as to the defendant, Jesse Whales.<br>Complaint filed November 15, 2024. |
| 24-2757 | Kentdrick D. Ratcliff v. Louisiana State et al<br>No service as to the defendants, Hammond City and Louisiana State.<br>Complaint filed June 3, 2024 in the United States District Court for the Middle District of Louisiana.<br>Case transferred to this court on December 9, 2024 |
| 24-2892 | Kyshun Webster, Sr. v. Ed Michele<br>No service as to the defendant, Ed Michele.<br>Complaint filed December 16, 2024. |
| 24-2944 | Icelene Bodden v. Zurich American Insurance Company et al<br>No service as to the defendant, Omari Itson.<br>Notice of Removal filed December 27, 2024. |

New Orleans, Louisiana, this 18th day of March, 2025.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**