UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ICELENE BODDEN | CIVIL ACTION NO. 2:24-cv-02944 |
| VERSUS | JUDGE: LANCE M. AFRICK |
| ZURICH AMERICAN INS. CO. | MAGISTRATE: KAREN WELLS ROBY |
| | JURY TRIAL |

**JOINT STATUS REPORT**

1. **JURISDICTION**

Original jurisdiction lies with this Court because the amount in controversy exceeds $75,000.00 and there is complete diversity among the properly joined parties.

2. **BRIEF EXPLANATION OF THE CASE**

Plaintiff claims:

On or about August 8, 2023, an accident occurred at the intersection of Dwyer Road and Downman Road in New Orleans, Orleans Parish, Louisiana. A vehicle owned and operated by ICELENE BODDEN was traveling lawfully when a Ford F-Series pickup truck owned by MDR CONSTRUCTION struck Ms. Bodden's vehicle, causing personal injuries. The accident report indicates the vehicles collided in a sideswipe manner in opposite directions.

As a result of the collision, Ms. Bodden sustained significant injuries, primarily to her left shoulder, neck, and lower back. Ms. Bodden was transported to Baptist Emergency Department on the day of the accident for initial treatment. Subsequent MRIs revealed a full thickness rotator cuff tear in her left shoulder, biceps tenosynovitis, multilevel disc herniations in her cervical spine,

1

and disc bulging in her lumbar spine. These injuries have required extensive medical treatment, including epidural steroid injections, trigger point injections, and now require surgical intervention for her left shoulder.

Plaintiff claims past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past and future medical expenses, and loss of enjoyment of life together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Plaintiff is not making claims for loss of wages and/or earning capacity.

Defendant claims:

On August 8, 2023, a motor vehicle accident occurred at the intersection of Dwyer Road and Downman Road, located in the city of New Orleans, within Orleans Parish, Louisiana. The collision involved two vehicles: one owned and operated by the plaintiff, Ms. Icelene Bodden, and the other owned by the defendant, MDR Construction, Inc., and operated by its employee at the time of the incident. According to preliminary information and witness statements, both vehicles were traveling in opposite directions—Ms. Bodden was proceeding west on Dwyer Road, while the vehicle owned by MDR Construction, Inc. was turning on Downman Road heading south. As the vehicles approached the intersection, a pole that was in MDR Construction, Inc.'s tailgate made contact with the back driver's side of plaintiff's vehicle. She had a passenger in her vehicle at the time of the collision.

Plaintiff claims that the accident caused her injuries to her neck, back, and left shoulder. She claims that these injuries have prohibited her from her normal daily activities. She is not

making a claim for lost wages. She has treated for over a year with a mix of conservative care as well as epidural and trigger point injections. She has also obtained a surgical recommendation in June of 2024 for her left shoulder complaints.

**PENDING MOTIONS**

List any pending motion(s), the date filed, and the basis of the motion(s):

No motions are pending at this time.

3. **ISSUES**

List the principal legal issues involved and indicate whether or not any of those issues are in dispute:

Fault for the subject accident;

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, MDR CONSTRUCTION, which is attributed to, but not limited to, the following non-exclusive particulars:

Failure to see what a reasonable driver should have seen;

Failure to keep a good and careful lookout;

Failure to maintain reasonable and proper control while operating the vehicle;

Driving at a speed greater than was reasonable and prudent under the circumstances;

Operating the vehicle in a careless and reckless manner without regard for the safety of others;

Failure to keep in proper lane.

Whether Plaintiff was injured in the subject accident;

The extent of any injuries sustained by Plaintiff in the subject accident;

The amount of damages which will compensate Plaintiff for her alleged injuries, if Plaintiff proves the injuries were caused by the subject accident.

4. **DAMAGES**

Injuries:

Plaintiff was evaluated at Baptist Emergency Department on the day of the accident and subsequently discharged with follow-up instructions. Three days later, on August 11, 2023, Ms. Bodden underwent comprehensive MRI studies of her cervical spine, lumbar spine, and left shoulder, which revealed multiple significant injuries.

The diagnostic studies demonstrated multilevel disc herniations in her cervical spine at levels C3-4, C4-5, and C6-7, with moderate neural foraminal narrowing and displacement of the left C7 nerve root. Her lumbar MRI showed disc bulges at L4-5 and L5-S1, along with a left paracentral disc herniation at L1-2. Most notably, her left shoulder MRI revealed a full thickness rotator cuff tear, biceps tenosynovitis with partial tearing, and subacromial impingement. These findings were deemed consistent with acute traumatic injuries resulting from the accident.

Ms. Bodden's initial treatment was provided by Dr. John Hamide at Guardian Care, who administered a trigger point injection to her left deltoid muscle on August 11, 2023, followed by a cervical epidural steroid injection on August 31, 2023. While she showed

some improvement by December 2023, she was subsequently referred to orthopedic specialist Dr. Neil Duplantier at Bone & Joint Clinic, who evaluated her on January 31, 2024. After several months of conservative treatment without complete resolution, Dr. Duplantier determined on June 19, 2024, that Ms. Bodden required <u>surgical intervention for her persistent left shoulder pathology.</u>

Currently, Ms. Bodden is awaiting surgical intervention consisting of left shoulder arthroscopic rotator cuff repair, open biceps tenodesis, subacromial decompression, distal clavicle excision, and debridement. A surgical cost estimate dated July 3, 2024, indicates facility and anesthesia fees of <u>$18,425.75</u>, exclusive of surgeon's fees, <u>$29,450.00</u>. The surgery is planned to be performed by Dr. Duplantier at Doctors' Same Day Surgery Center in Marrero, LA, pending primary care physician clearance. Ms. Bodden's diagnoses include complete rotator cuff tear of left shoulder (M75.122), bicipital tendinitis (M75.22), impingement syndrome (M75.42), and multiple cervical and lumbar disc herniations with associated pain.

Separately, for each party who claims damages or an offset, set forth the computation of damages or the offset:

Plaintiff's calculation of damages:

Plaintiff seeks special damages in the amount of past medical expenses already incurred of approximately

Specials to date:

1. Ochsner Health (Ochsner Baptist) (Blue Cross Blue Shield Lien) - $3,787.84

2. New Orleans East Medical Rehab (August 2023 - December 2023) - $8682.00

3. Guardian Care - $13,800.00

4. Doctors Imaging Services, Inc. ( 3 MRIs) - $1,950.00 after adjustments.

Total: $13,800.00

Future surgical procedure *included,* $13,800.00 +$18,425.75 + $29,450.00 = **$61,675.75**

**Plaintiff has demanded $299,357.75 for full and final settlement (3/22/25)**

Defendant's calculation of offset and/or plaintiff's damages:

Discovery is ongoing and causation has yet to be determined.

5. **DISCOVERY**

Briefly describe any discovery that has been completed or is in progress:

By Plaintiff:

Plaintiff has tendered discovery to Defendants, served with the Petition for Damages. Plaintiff has also provided medical records from treating physicians, MRI reports, and surgical recommendations.

By Defendants:

Defendants plan on taking the plaintiff's deposition and any relevant treating physicians' depositions.

6. **EXPERTS**

6

Identify the subject matter(s) as to which expert testimony will be offered:

By Plaintiff:

Plaintiff will offer the following expert testimony:

**DR. NEIL DUPLANTIER - BONE & JOINT CLINIC** - Will be offered as an expert within his field of medical specialty, orthopedics. The subject matter on which the witness is expected to present evidence is his medical treatment of Ms. Bodden. The facts and opinions to which the witness is expected to testify are as follows: the signs and symptoms identified in his medical treatment of Ms. Bodden, including the full thickness rotator cuff tear, biceps tenosynovitis, and subacromial impingement, are caused by the accident sued upon. All medical treatment and recommendations made by this witness, including the recommended left shoulder surgery, were necessitated by injuries suffered in the accident sued upon.

**DR. JOHN HAMIDE - GUARDIAN CARE** - Will be offered as an expert within his field of medical specialty, pain management and interventional spine and rehabilitation. The subject matter on which the witness is expected to present evidence is his medical treatment of Ms. Bodden. The facts and opinions to which the witness is expected to testify are as follows: the signs and symptoms identified in his medical treatment of Ms. Bodden, including the cervical and lumbar spine injuries, are caused by the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon.

By Defendants:

**Dr. Marzieh M. Ardestani, PhD., ACTAR**- Will be offered as an expert within her field of Forensic Engineering and Biomechanics. She will provide opinion testimony on the likelihood and magnitude of injury based on the force of the accident. She will also testify as to other aspects related to Biomechanics.

Respectfully submitted,

**THE KING FIRM, LLC**

*/s/ JOHN LOVE NORRIS, IV*

_____
**John Love Norris, IV, #35269**
**Brian King, #24817**
The King Firm, LLC
2912 Canal St.
New Orleans, LA 70119
Tel: 504-909-5464
Fax: 800-901-6470
Email: jnorris@kinginjuryfirm.com
       bking@kinginjuryfirm.com


Respectfully submitted,


   /s/ Ashley A. Holtzman_____
Wade A. Langlois, III (#17681)
Kaylyn Blosser Handy (#38673)
Ashley A. Holtzman (#40824)
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Ave., Suite 500
Gretna, Louisiana 70056-2588
Phone: (504) 362-2466
Fax: (504) 362-5938
Email: wlanglois@grhg.net
Email: khandy@grhg.net
Email: aholtzmn@grhg.net